**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 22-2155**

_____

ANTONIETA MARTA ROMERO-DIAZ; W.A.E.,

        Petitioners,

    v.

MERRICK B. GARLAND, Attorney General,

        Respondent.

_____

On Petition for Review of an Order of the Board of Immigration Appeals.

_____

Submitted:  April 20, 2023                       Decided:  April 24, 2023

_____

Before KING and QUATTLEBAUM, Circuit Judges, and FLOYD, Senior Circuit Judge.

_____

Petition denied by unpublished per curiam opinion.

_____

**ON BRIEF:**  Eric H. Kirchman, KIRCHMAN & KIRCHMAN, Rockville, Maryland, for Petitioners.  Brian M. Boynton, Principal Deputy Assistant Attorney General, Shelley R. Goad, Assistant Director, Monica G. Antoun, Office of Immigration Litigation, Civil Division, UNITED STATES DEPARTMENT OF JUSTICE, Washington, D.C., for Respondent.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Petitioners Antonieta Marta Romero-Diaz and her minor son, W.A.E., natives and citizens of Guatemala, petition for review of an order of the Board of Immigration Appeals denying Romero-Diaz's motion for reconsideration of the Board's prior order affirming the immigration judge's oral decision denying all forms of relief.  Upon review of the record, we discern no abuse of discretion in the Board's rationale for denying the motion to reconsider.  *See* 8 C.F.R. § 1003.2(a) (2022); *Mejia-Velasquez v. Garland*, 26 F.4th 193, 205 (4th Cir. 2022) (providing standard of review and explaining that the Board abuses its discretion only if it "acted arbitrarily, irrationally, or contrary to law" (internal quotation marks omitted)).  Accordingly, we deny the petition for review.  *See In re Romero-Diaz* (B.I.A. Oct. 12, 2022).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*